United States District Court
Southern District of Texas
**ENTERED**
June 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY LUCHUN, § | |
|     Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:17-cv-1658 |
| § | |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE § | |
| COMPANY, § | |
|     Defendant. § | |

## **ORDER**

In accordance with the parties' Stipulated Notice of Dismissal [Doc. # 6], it is hereby **ORDERED** that Plaintiff's claims are **DISMISSED**.

SIGNED at Houston, Texas, this 30th day of **June**, **2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\1658DO.wpd   170630.1441